# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAVELL ROBINSON,<br><br>     Plaintiff(s),<br><br>v.<br><br>RANDSTAD US, L.P.,<br><br>     Defendant(s). | Case No. 2:24-cv-01040-RFB-EJY<br><br>**Order** |

An early neutral evaluation is currently set for July 31, 2024. Docket No. 5. At this stage, the deadline to respond to the amended complaint has not yet expired, *see* Docket No. 15, and a discovery plan has not been filed following a Rule 26(f) conference, *see* Docket. Hence, it does not appear that this case is best situated to hold an early neutral evaluation. *See, e.g.*, Local Rule 16-6(f)(1)(H) (requiring certifications in evaluation statements that initial disclosures have been made). Accordingly, the early neutral evaluation is **VACATED**. Concurrently with the filing of any proposed discovery plan, the parties are **ORDERED** to file a separate stipulation with five dates on which all required participants are available for an early neutral evaluation.

IT IS SO ORDERED.

Dated: July 16, 2024

_____<br>
Nancy J. Koppe<br>
United States Magistrate Judge

1