WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
8337 W. Sunset Road, Suite 220
Las Vegas, NV 89113
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
jgarabedian@wrightlegal.net

KABAT CHAPMAN & OZMER LLP
Paul G. Sherman, Esq.
*Pro Hac Vice*
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
(213) 493-3980; Fax (404) 400-7333
psherman@kcozlaw.com

*Attorneys for Defendant Randstad US, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAVELL ROBINSON,<br><br>    Plaintiff,<br>  vs.<br><br>RANDSTAD US, L.P, DOES I through X, inclusive, ENTITIES I through X, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-01040-RFB-EJY<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Lavell Robinson ("Plaintiff") and Defendant Randstad US, LLC ("Defendant" and collectively the "Parties")), hereby stipulate and agree to the following:

1.      On March 25, 2024, Plaintiff filed a civil action against Randstad in the Eighth Judicial District Court for Clark County, Nevada, styled *Lavell Robinson v. Randstad U.S., L.P., et al.*, Case No. A-24-889779, wherein he alleged purported violations of the Americans with Disabilities Act and other claims.

2.      On June 3, 2024, Randstad removed this case to the U.S. District Court for the District of Nevada.

3.      On September 18, 2024, the Parties attended an Early Neutral Evaluation Conference with Magistrate Judge Nancy J. Koppe, where they reached a settlement, the essential terms of which were read into the record.

4.      The Parties have now entered into a binding Settlement Agreement resolving all Plaintiffs' claims against Randstad and have stipulated to the dismissal of the case with prejudice.

5.      Accordingly, pursuant to Rule 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action with prejudice in its entirety.  Each party will bear its own attorneys' fees, costs, and expenses related to this action.  The Parties request that the Clerk of Court now close this case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6.      This Stipulation may be executed in any number of facsimile or electronic counterparts, each of which shall be deemed an original, and all such counterparts taken together shall be deemed to constitute one and the same instrument.

**IT IS SO STIPULATED.**

DATED this 23ʳᵈ day of October, 2024.          DATED this 23ʳᵈ day of October, 2024.

**WRIGHT, FINLAY, & ZAK, LLP**

_/s/ Jory C. Garabedian_                                   _/s/ Lavell Robinson_

Jory C. Garabedian, Esq.                                Lavell Robinson
Nevada Bar No. 10352                                  370 E. Harmon Avenue, Apt F316
8337 W. Sunset Road, Suite 220                   Las Vegas, NV 89169
Las Vegas, NV 89113                                    _Plaintiff, Pro Se_
_Attorneys for Defendant Randstad US, LLC_

DATED this 23ʳᵈ day of October, 2024.

**KABAT CHAPMAN & OZMER LLP**

_/s/ Paul G. Sherman_

Paul G. Sherman, Esq.
_Pro Hac Vice_
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
_Attorneys for Defendant Randstad US, LLC_

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25 day of October 2024